Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered March 11, 2009. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Martoche, J.P., Fahey, Lindley, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH M. MARRANCO, Appellant. (Appeal No. 1.) [903 NYS2d 298]—Appeal from a resentence of the Genesee County Court (Robert C. Noonan, J.), rendered February 11, 2009. Defendant was resentenced upon his conviction of burglary in the third degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Martoche, J.P., Fahey, Lindley, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSUALO T. SANDERS, Appellant. [903 NYS2d 297]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered March 20, 2008. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Fahey, Lindley, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEDEDIAH SHAW, Appellant. [903 NYS2d 297]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered August 11, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of marihuana in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Fahey, Lindley, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAULETTE CZUBA, Appellant. (Appeal No. 2.) [903 NYS2d 297]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered March 11, 2009. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed. Present—Martoche, J.P., Fahey, Lindley, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH M. MARRANCO, Appellant. (Appeal No. 2.) [903 NYS2d 297]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered February 11, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of stolen property in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Fahey, Lindley, Sconiers and Green, JJ.

■ HALBERT L. BROOKS, JR., Appellant, v PAULA GREENE, Respondent. [903 NYS2d 291]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered June 17, 2009. The order, insofar as appealed from, denied the motion of plaintiff for leave to renew his opposition to defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Fahey, Lindley, Sconiers and Green, JJ.

■ In the Matter of ADDULLAH RAHMAN, Petitioner, v JAMES A. MANCE, Superintendent, Marcy Correctional Facility, et al., Respondents. [903 NYS2d 297]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [Samuel D. Hester, J.], entered September 30, 2009) to review a determination of respondent James A. Mance, Superintendent, Marcy Correctional Facility. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Fahey, Lindley, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS B. SIMCOE, Appellant. [904 NYS2d 622]—